IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **JESSE WASHINGTON,** | No. C 11-3666 LHK (PR) |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **J. CAROPRESO and A. MARTINEZ,** | Judge:   Hon. Lucy H. Koh |
| Defendants. | Action Filed:  July 27, 2011 |

    Defendant J. Caropreso has requested an extension of time of ninety days from the original deadline, up to and including March 19, 2012, to file a dispositive motion in this case. The Court finds good cause for the Motion and grants the extension of time until March 19, 2012. The Court further orders that the extension of the deadline shall apply to all Defendants.

    Any opposition by Plaintiff to Defendants' dispositive motion shall be filed and served no later than thirty days from the date Defendants' motion is filed.  Defendants shall file a reply brief

1  no later than fifteen days after Plaintiff's opposition is filed.

Dated: 1/3/12

*Lucy H. Koh*
The Honorable Lucy H. Koh