IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSE WASHINGTON, | No. C 11-3666 LHK (PR) |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| J. CAROPRESO and A. MARTINEZ, | Judge: Hon. Lucy H. Koh |
| Defendants. | Action Filed: July 27, 2011 |

Defendant Caropreso has moved for a second extension of time to file a dispositive motion in this case. The Court finds good cause for the motion and grants the extension. Defendant Caropreso shall file a dispositive motion on or before May 3, 2012.

Any opposition by Plaintiff to Defendant Caropreso's motion shall be filed and served no later than thirty days from the date Defendant Caropreso's motion is filed. Defendant Caropreso shall file a reply brief no later than fifteen days after Plaintiff's opposition is filed.

Dated: 3/12/12

*Lucy H. Koh*

The Honorable Lucy H. Koh

1

[PROPOSED] ORDER RE TIME (C 11-3666 LHK (PR))