1

2

3

4

5

6

7

8

9

10

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

| JESSE WASHINGTON, | ) No. C 11-3666 LHK (PR) |
|---|---|
| Plaintiff, | ) ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION |
| v. | |
| J. CAROPRESO and A. MARTINEZ, | |
| Defendants. | |
| _____ | (Docket No. 42) |

17        Plaintiff, a state prisoner proceeding *pro se*, filed a federal civil rights complaint on July

18   27, 2011. (Docket No. 1.) On May 3, 2012, Defendant Caropreso filed a motion to dismiss.

19   (Docket No. 36.) On June 6, 2012, Plaintiff requested an extension of time to file an opposition.

20   (Docket No. 42.) On June 13, 2012, Plaintiff filed an opposition. Good cause having been

21   shown, Plaintiff's request is GRANTED. Plaintiff's opposition is deemed timely filed.

22        IT IS SO ORDERED.

23

24   DATED: ___6/22/12___

25                                                         LUCY H. KOH
                                                           United States District Judge

26

27

28

Order Granting Plaintiff's Request for Ext. of Time
G:\PRO-SE\SJ.LHK\CR.11\Washington366eot_opp.wpd