United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON, )<br>          Plaintiff, )<br>     v. )<br>J. CAROPRESO and A. MARTINEZ, )<br>          Defendants. )<br>_____ ) | No. C 11-3666 LHK (PR)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION<br><br>(Docket No. 42) |

Plaintiff, a state prisoner proceeding *pro se*, filed a federal civil rights complaint on July 27, 2011. (Docket No. 1.) On May 3, 2012, Defendant Caropreso filed a motion to dismiss. (Docket No. 36.) On June 6, 2012, Plaintiff requested an extension of time to file an opposition. (Docket No. 42.) On June 13, 2012, Plaintiff filed an opposition. Good cause having been shown, Plaintiff's request is GRANTED. Plaintiff's opposition is deemed timely filed.

IT IS SO ORDERED.

DATED: 6/22/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Plaintiff's Request for Ext. of Time
G:\PRO-SE\SJ.LHK\CR.11\Washington366eot_opp.wpd