FILED

JUL 1 6 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSE WASHINGTON, | ) | No. C 11-3666 LHK (PR) |
| Plaintiff, | ) | ORDER PROVIDING |
| | ) | PLAINTIFF NOTICE AND |
| v. | ) | WARNING; SCHEDULING |
| | ) | SUPPLEMENTAL BRIEFING |
| J. CAROPRESO and A. MARTINEZ, | ) | |
| Defendants. | ) | |

Plaintiff, a California prisoner pro se, filed this civil rights action under 42 U.S.C. §

1983. Defendants have filed a motion to dismiss in which they argue that Plaintiff's claims are

not exhausted as required by 42 U.S.C. § 1997e. Pursuant to *Woods v. Carey*, No. 09-15548, slip

op. 7871, 7884-85 (9th Cir. July 6, 2012), Plaintiff must read the following "NOTICE --

WARNING (EXHAUSTION)," which is provided to him for a second time pursuant to *Wyatt v.

Terhune*, 315 F.3d 1108, 1120 n.4 (9th Cir. 2003):

**NOTICE -- WARNING**

**(EXHAUSTION)**

If Defendants file an unenumerated motion to dismiss for failure to exhaust, they are

seeking to have your case dismissed. If the motion is granted it will end your case.

You have the right to present any evidence you may have which tends to show that you

did exhaust your administrative remedies. Such evidence may be in the form of declarations

Order Providing Plaintiff Notice and Warning; Scheduling Supplemental Briefing
G:\PRO-SE\SJ.LHK\CR.11\Washington666woods.wpd

1   (statements signed under penalty of perjury) or authenticated documents, that is, documents

2   accompanied by a declaration showing where they came from and why they are authentic, or

3   other sworn papers, such as answers to interrogatories or depositions.

4        If Defendants file a motion to dismiss and it is granted, your case will be dismissed and

5   there will be no trial.

6        In light of *Woods*, Plaintiff may file a supplemental opposition within 14 days of the

7   filing date of this order.  Defendants shall file a supplemental reply to any supplemental

8   opposition within 7 days thereafter.

9        IT IS SO ORDERED.

10  DATED: 7/16/12

                                          *Lucy H. Koh*
                                          LUCY H. KOH
                                          United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

             Plaintiff,

  v.

J. CURUPRESO et al,

             Defendant.

                     /

Case Number: CV11-03666 LHK

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 16, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jesse Washington D-23593
Corcoran State Prison
P.O. Box 3461
Corcoran, CA 93212-3461

Dated: July 16, 2012

                              Richard W. Wieking, Clerk
                              /s/ By: Elizabeth Garcia, Deputy Clerk