IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,  )<br>     )<br>    Plaintiff,  )<br>     )<br>  v.   )<br>     )<br>     )<br>J. CAROPRESO and M. ALVAREZ,  )<br>     )<br>    Defendants.  )<br>_____ ) | No. C 11-3666 LHK (PR)<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME<br>TO FILE MOTION FOR<br>RECONSIDERATION<br><br><br><br>(Doc. No. 67.) |

Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against officials at Salinas Valley State Prison. Defendants filed a motion to dismiss the action for failure to exhaust. On March 7, 2013, the Court granted Defendant's motion to dismiss. (Doc. No. 65.) Plaintiff has filed a motion for an extension of time to file a motion for reconsideration of the Court's March 7, 2013 order. (Doc. No. 67.)

Plaintiff's motion is **GRANTED**. Plaintiff shall file a motion for reconsideration no later than thirty (30) days from the filing date of this order.

This order terminates docket number 67.

IT IS SO ORDERED.

DATED: 4/19/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Motion for Extension of Time to file Motion for Reconsideration
G:\PRO-SE\SJ.LHK\CR.11\Washington666eot-recon.wpd