IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON, ) | No. C 11-3666 LHK (PR) |
| Plaintiff, ) | ORDER DENYING MOTION FOR RECONSIDERATION |
| v. ) | |
| J. CAROPRESO and M. ALVAREZ, ) | (Docket No. 69) |
| Defendants. ) | |

Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against defendants Correctional Officers Caropreso and Alvarez, alleging that they retaliated against him for filing an administrative grievance against them. On March 7, 2013, the court granted defendants' motion to dismiss for failure to exhaust. Plaintiff has now filed an objection to the court's order. Plaintiff's objection is construed as a motion for reconsideration under Federal Rule of Civil Procedure 60(b). Defendants have filed an opposition to the motion, and plaintiff has filed a reply.

Rule 60(b) provides a mechanism for parties to seek relief from a judgment when "it is no longer equitable that the judgment should have prospective application," or when there is any other reason justifying relief from judgment. *Jeff D. v. Kempthorne*, 365 F.3d 844, 853-54 (9th Cir. 2004) (quoting Fed. R. Civ. P. 60(b)). Rule 60(b) provides for reconsideration only upon a

showing of: (1) mistake, inadvertence, surprise or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered before the court's decision; (3) fraud by the adverse party; (4) the judgment is void; (5) the judgment has been satisfied; or (6) any other reason justifying relief. Fed. R. Civ. P. 60(b); *School Dist. 1J v. ACandS Inc.,* 5 F.3d 1255, 1263 (9th Cir. 1993). Subparagraph (6) requires a showing that the grounds justifying relief are extraordinary; mere dissatisfaction with the court's order or belief that the court is wrong in its decision are not adequate grounds for relief. *Twentieth Century - Fox Film Corp. v. Dunnahoo*, 637 F.2d 1338, 1341 (9th Cir. 1981).

Plaintiff does not indicate under what provision of Rule 60(b) reconsideration is warranted. Moreover, plaintiff presents no valid basis for reconsideration. He alleges no new evidence that could not have been discovered with due diligence, nor does he show mistake, inadvertence, surprise, excusable neglect, fraud by the adverse party, or voiding of the judgment. Finally, he does not provide any other reason justifying relief, such as extraordinary circumstances.

Based on the court's original order granting defendants' motion to dismiss, as well as defendants' opposition to the instant motion for reconsideration, plaintiff's motion for reconsideration is DENIED.

**IT IS SO ORDERED.**

DATED: 8/15/13

LUCY H. KOH
United States District Judge

Order Denying Motion for Reconsideration
G:\PRO-SE\LHK\CR.11\Washington666recon.wpd           2